UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE, CLAIRE R. KELLY, JENNIFER CHOE-GROVE, JUDGES

_____
                                        )
GOODY PRODUCTS INC., et al.,            )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )
                                        )   Court No. 20-01131
UNITED STATES, et al.,                  )
                                        )
        Defendants.                     )
                                        )
_____)

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, Industrial Machine Service, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal to the action listed on the attached schedule signed by all parties who have appeared in this action, hereby dismisses this action only as to Industrial Machine Service, Inc. This stipulation of dismissal does not apply to the other plaintiffs who are joined in this action and who will continue to prosecute the action before the Court.

                                                  Respectfully submitted,
                                                  *Attorneys for Plaintiffs*

By: _____
       PATRICK D. GILL
       Of Counsel
       SANDLER, TRAVIS & ROSENBERG, P.A.
       675 Third Avenue, Suite 1805-06
       New York, New York 10017
       Tel.: (212) 549-0156

*Attorneys for Defendants*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

L. MISHA PREHEIM
Assistant Director

JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Jamie L. Shookman
JAMIE L. SHOOKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Tel: 212-264-2107
Fax: 212-264-1916

Dated: April 8, 2021

## SCHEDULE TO STIPULATION OF DISMISSAL

| Court Number | Plaintiff(s) Name |
|---|---|
| 20-01131 | Industrial Machine Service, Inc. |

Order of Dismissal

This action as listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in this action is dismissed as to the above-named plaintiff on this schedule.  This stipulation of dismissal does not apply to the other plaintiffs who are joined in this action and who will continue to prosecute the action before the Court.

Dated: April 8, 2021

Clerk, U.S. Court of International Trade

By: /S/      Geoffrey Goell
Deputy Clerk